743 A.2d 847

SIDNEY AND EVELYN SULCOV, ET AL., PLAINTIFFS–RESPON-DENTS AND CROSS–APPELLANTS, v. 2100 LINWOOD AVE-NUE OWNERS, INC., ET AL., DEFENDANTS–APPELLANTS AND CROSS–RESPONDENTS.

(AND OTHER RELATED MATTERS)

June 1, 1999.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.